# SMITH & SMITH
ATTORNEYS

300 SOUTH FIRST TRUST CENTRE
200 SOUTH FIFTH STREET
LOUISVILLE, KY  40202
EIN# 61-0407791

December 30, 2004

Chubb Group of Insurance Companies
Papa John's International, Inc.
Caroline Miller Oyler Esq., Senior
Counsel, People Dept
P.O. Box 99900
Louisville KY 40269-0900

**Papa Johns/Bailey**
**Policy # 8134-54-12**

Professional Services

| Date | | Hrs/Rate |
|---|---|---|
| 3/26/2002 | JOS | 0.80 |
| | | 175.00/hr |
| 3/27/2002 | JOS | 1.30 |
| | | 175.00/hr |
| 3/28/2002 | JOS | 0.20 |
| | | 175.00/hr |
| 3/29/2002 | JOS | 0.30 |
| | | 175.00/hr |
| 4/9/2002 | JOS | 0.70 |
| | | 175.00/hr |
| 4/10/2002 | JOS | 2.00 |
| | | 175.00/hr |
| 4/11/2002 | JOS | 0.10 |
| | | 175.00/hr |
| 4/16/2002 | JOS | 0.20 |
| | | 175.00/hr |
| 4/22/2002 | JOS | 0.10 |
| | | 175.00/hr |
| 4/5/2002 | SLT | 1.50 |
| | | 75.00/hr |
| 4/29/2002 | JOS | 0.20 |
| | | 175.00/hr |
| 5/1/2002 | JOS | 0.10 |
| | | 175.00/hr |
| 5/6/2002 | JOS | 0.10 |
| | | 175.00/hr |
| 5/7/2002 | JOS | 0.30 |
| | | 175.00/hr |

EXHIBIT 1

Chubb Group of Insurance Companies                                                                                          Page     2

                                                                                                                           Hrs/Rate

| Date | Initials | Hrs | Rate |
|---|---|---|---|
| 5/8/2002 | JOS | 0.20 | 175.00/hr |
| 5/10/2002 | JOS | 0.70 | 175.00/hr |
| 5/14/2002 | JOS | 2.20 | 175.00/hr |
| 5/20/2002 | JOS | 0.30 | 175.00/hr |
| 5/24/2002 | JOS | 0.30 | 175.00/hr |
| 5/28/2002 | JOS | 0.10 | 175.00/hr |
| 6/3/2002 | JOS | 0.20 | 175.00/hr |
| 6/14/2002 | JOS | 0.10 | 175.00/hr |
| 7/15/2002 | JOS | 0.60 | 175.00/hr |
| | JSS | 4.30 | 150.00/hr |
| 7/2/2002 | JSS | 1.20 | 150.00/hr |
| 7/17/2002 | JOS | 0.20 | 175.00/hr |
| 7/18/2002 | JOS | 0.60 | 175.00/hr |
| 7/23/2002 | JOS | 0.20 | 175.00/hr |
| 7/24/2002 | JOS | 0.30 | 175.00/hr |
| 7/25/2002 | JOS | 0.30 | 175.00/hr |
| 7/26/2002 | JOS | 0.50 | 175.00/hr |
| 7/29/2002 | JOS | 0.30 | 175.00/hr |
| 8/7/2002 | JOS | 0.30 | 175.00/hr |
| 8/8/2002 | JOS | 0.30 | 175.00/hr |
| 8/23/2002 | PAS | 0.70 | 135.00/hr |
| 8/24/2002 | PAS | 0.10 | 135.00/hr |
| 8/26/2002 | PAS | 0.20 | 135.00/hr |
| 8/27/2002 | PAS | 2.30 | 135.00/hr |
| 8/16/2002 | JOS | 0.60 | 175.00/hr |

2

Chubb Group of Insurance Companies                                                                                      Page      3

                                                                                                                     Hrs/Rate

| Date | Initials | Hrs/Rate |
|---|---|---|
| 8/19/2002 | JOS | 0.20 175.00/hr |
| 8/20/2002 | JOS | 0.20 175.00/hr |
| 8/21/2002 | JOS | 0.10 175.00/hr |
| 8/28/2002 | JOS | 0.50 175.00/hr |
| 8/29/2002 | JOS | 0.10 175.00/hr |
| 9/6/2002 | JOS | 0.40 175.00/hr |
| 9/5/2002 | JOS | 0.50 175.00/hr |
| 9/4/2002 | JOS | 0.40 175.00/hr |
| 9/9/2002 | JOS | 0.80 175.00/hr |
| 9/10/2002 | JOS | 2.50 175.00/hr |
| 9/11/2002 | JOS | 0.30 175.00/hr |
| 9/12/2002 | JOS | 0.10 175.00/hr |
| 9/10/2002 | PAS | 2.70 135.00/hr |
| 9/6/2002 | PAS | 0.10 135.00/hr |
| 9/9/2002 | PAS | 0.90 135.00/hr |
| 9/3/2002 | PAS | 0.50 135.00/hr |
| 9/13/2002 | JOS | 0.60 175.00/hr |
| 9/16/2002 | JOS | 0.60 175.00/hr |
| 9/20/2002 | JOS | 0.20 175.00/hr |
| 9/24/2002 | JOS | 0.10 175.00/hr |
| 9/26/2002 | JOS | 0.40 175.00/hr |
| 9/27/2002 | JOS | 0.20 175.00/hr |
| 9/10/2002 | PAS | 2.20 135.00/hr |
| 9/11/2002 | PAS | 4.20 135.00/hr |
| 9/12/2002 | PAS | 9.00 135.00/hr |

Chubb Group of Insurance Companies                                                                                         Page        4

|  |  | Hrs/Rate |
|---|---|---|
| 9/17/2002 | PAS | 0.70<br>135.00/hr |
| 9/18/2002 | PAS | 2.70<br>135.00/hr |
| 9/19/2002 | PAS | 2.40<br>135.00/hr |
| 9/26/2002 | PAS | 2.70<br>135.00/hr |
| 9/16/2002 | JSS | 0.40<br>150.00/hr |
| 9/25/2002 | PAS | 0.70<br>135.00/hr |
| 10/3/2002 | PAS | 0.10<br>135.00/hr |
| 10/15/2002 | PAS | 0.10<br>135.00/hr |
| 10/23/2002 | PAS | 0.40<br>135.00/hr |
|  | JOS | 0.20<br>175.00/hr |
| 10/29/2002 | JOS | 0.60<br>175.00/hr |
| 11/5/2002 | JOS | 1.10<br>200.00/hr |
| 11/6/2002 | JOS | 0.70<br>200.00/hr |
| 11/7/2002 | JOS | 0.40<br>200.00/hr |
| 11/11/2002 | JOS | 0.20<br>200.00/hr |
| 11/19/2002 | EHT | 2.50<br>140.00/hr |
| 11/21/2002 | EHT | 1.50<br>140.00/hr |
| 11/22/2002 | EHT | 3.60<br>140.00/hr |
| 11/6/2002 | PAS | 0.80<br>155.00/hr |
| 11/7/2002 | PAS | 1.80<br>155.00/hr |
| 11/19/2002 | PAS | 0.90<br>155.00/hr |
| 11/12/2002 | JOS | 0.60<br>200.00/hr |
| 11/19/2002 | JOS | 0.10<br>200.00/hr |
| 11/20/2002 | JOS | 0.30<br>200.00/hr |
| 11/26/2002 | JOS | 0.20<br>200.00/hr |

Case 5:02-cv-00076-TBR    Document 52-6    Filed 12/30/04    Page 4 of 17 PageID #: 460

Chubb Group of Insurance Companies                                                                                          Page     5

|  |  Hrs/Rate |
|---|---:|
| 11/27/2002 JOS | 0.80<br>200.00/hr |
| 12/4/2002 JOS | 0.20<br>200.00/hr |
| 12/5/2002 JOS | 0.20<br>200.00/hr |
| 12/6/2002 JOS | 0.40<br>200.00/hr |
| 12/4/2002 EHT | 2.00<br>140.00/hr |
| 12/6/2002 EHT | 4.20<br>140.00/hr |
| 12/7/2002 EHT | 2.30<br>140.00/hr |
| 12/10/2002 EHT | 1.50<br>140.00/hr |
| 12/17/2002 EHT | 0.50<br>140.00/hr |
| 12/19/2002 EHT | 0.30<br>140.00/hr |
| 12/20/2002 EHT | 0.80<br>140.00/hr |
| 12/10/2002 JOS | 1.10<br>200.00/hr |
| 12/13/2002 JOS | 0.10<br>200.00/hr |
| 12/18/2002 JOS | 0.20<br>200.00/hr |
| 12/20/2002 JOS | 0.10<br>200.00/hr |
| 1/9/2003 JOS | 0.30<br>200.00/hr |
| 1/13/2003 JOS | 0.20<br>200.00/hr |
| 1/11/2003 JOS | 0.10<br>200.00/hr |
| 1/17/2003 JOS | 0.20<br>200.00/hr |
| 1/20/2003 JOS | 0.10<br>200.00/hr |
| 1/6/2003 EHT | 1.10<br>140.00/hr |
| 1/9/2003 EHT | 0.50<br>140.00/hr |
| 1/13/2003 EHT | 3.00<br>140.00/hr |
| 1/23/2003 EHT | 1.60<br>140.00/hr |
| 2/4/2003 JOS | 0.20<br>200.00/hr |

Chubb Group of Insurance Companies                                                                Page      6

|  |  | Hrs/Rate |
|---|---|---|
| 2/7/2003 | JOS | 0.20 |
|  |  | 200.00/hr |
| 2/4/2003 | PAS | 0.90 |
|  |  | 155.00/hr |
| 2/28/2003 | JOS | 0.10 |
|  |  | 200.00/hr |
|  | JOS | 0.10 |
|  |  | 200.00/hr |
| 2/6/2003 | EHT | 3.60 |
|  |  | 140.00/hr |
| 3/4/2003 | JOS | 0.90 |
|  |  | 175.00/hr |
| 3/6/2003 | JOS | 0.20 |
|  |  | 175.00/hr |
| 3/13/2003 | JOS | 0.10 |
|  |  | 175.00/hr |
| 3/14/2003 | JOS | 0.30 |
|  |  | 175.00/hr |
| 3/18/2003 | JOS | 0.40 |
|  |  | 175.00/hr |
| 3/19/2003 | JOS | 0.40 |
|  |  | 175.00/hr |
| 3/20/2003 | JOS | 0.20 |
|  |  | 175.00/hr |
| 3/21/2003 | JOS | 2.80 |
|  |  | 175.00/hr |
| 3/24/2003 | JOS | 0.10 |
|  |  | 175.00/hr |
| 3/25/2003 | JOS | 0.10 |
|  |  | 175.00/hr |
|  | JOS | 0.20 |
|  |  | 175.00/hr |
| 3/31/2003 | JOS | 0.20 |
|  |  | 175.00/hr |
| 3/4/2003 | EHT | 1.30 |
|  |  | 125.00/hr |
| 3/19/2003 | EHT | 0.10 |
|  |  | 125.00/hr |
| 3/20/2003 | EHT | 0.30 |
|  |  | 125.00/hr |
| 3/21/2003 | EHT | 2.50 |
|  |  | 125.00/hr |
| 4/15/2003 | JOS | 0.10 |
|  |  | 175.00/hr |
| 4/23/2003 | JOS | 0.40 |
|  |  | 175.00/hr |
| 5/14/2003 | JOS | 0.20 |
|  |  | 175.00/hr |
| 5/13/2003 | JOS | 0.40 |
|  |  | 175.00/hr |

Case 5:02-cv-00076-TBR   Document 52-6   Filed 12/30/04   Page 6 of 17 PageID #: 462

Chubb Group of Insurance Companies                                                                                                     Page     7

|            |     | Hrs/Rate |
|------------|-----|----------|
| 5/12/2003  | JOS | 0.20     |
|            |     | 175.00/hr |
| 5/8/2003   | JOS | 0.10     |
|            |     | 175.00/hr |
| 5/6/2003   | JOS | 0.20     |
|            |     | 175.00/hr |
| 5/28/2003  | JOS | 0.30     |
|            |     | 175.00/hr |
| 5/29/2003  | JOS | 0.20     |
|            |     | 175.00/hr |
| 5/30/2003  | JOS | 0.30     |
|            |     | 175.00/hr |
| 5/31/2003  | JOS | 0.20     |
|            |     | 175.00/hr |
| 5/28/2003  | EHT | 1.00     |
|            |     | 125.00/hr |
| 5/29/2003  | EHT | 0.90     |
|            |     | 125.00/hr |
| 6/4/2003   | JOS | 0.70     |
|            |     | 175.00/hr |
| 6/2/2003   | JOS | 0.20     |
|            |     | 175.00/hr |
| 6/9/2003   | JOS | 0.10     |
|            |     | 175.00/hr |
| 6/26/2003  | EHT | 0.30     |
|            |     | 125.00/hr |
| 6/18/2003  | JOS | 0.20     |
|            |     | 175.00/hr |
| 7/16/2003  | JOS | 0.30     |
|            |     | 175.00/hr |
| 7/17/2003  | JOS | 0.50     |
|            |     | 175.00/hr |
| 7/22/2003  | JOS | 0.20     |
|            |     | 175.00/hr |
| 7/25/2003  | JOS | 0.10     |
|            |     | 175.00/hr |
| 8/5/2003   | JOS | 0.50     |
|            |     | 175.00/hr |
| 8/4/2003   | JOS | 0.10     |
|            |     | 175.00/hr |
| 8/26/2003  | EHT | 3.10     |
|            |     | 125.00/hr |
| 8/27/2003  | EHT | 1.60     |
|            |     | 125.00/hr |
| 8/20/2003  | JOS | 0.40     |
|            |     | 175.00/hr |
| 8/28/2003  | JOS | 0.30     |
|            |     | 175.00/hr |
| 8/29/2003  | JOS | 0.40     |
|            |     | 175.00/hr |

Chubb Group of Insurance Companies                                                                                   Page        8

|  |  | Hrs/Rate |
|---|---|---:|
| 9/3/2003 | JOS | 0.10<br>175.00/hr |
| 9/4/2003 | JOS | 0.30<br>175.00/hr |
| 9/8/2003 | JOS | 0.20<br>175.00/hr |
| 9/10/2003 | JOS | 0.20<br>175.00/hr |
| 9/11/2003 | JOS | 0.70<br>175.00/hr |
| 9/12/2003 | JOS | 0.30<br>175.00/hr |
| 9/2/2003 | EHT | 4.20<br>125.00/hr |
| 9/5/2003 | EHT | 3.60<br>125.00/hr |
| 9/11/2003 | EHT | 4.30<br>125.00/hr |
| 9/12/2003 | EHT | 4.80<br>125.00/hr |
| 9/17/2003 | JOS | 0.10<br>175.00/hr |
| 9/23/2003 | JOS | 0.10<br>175.00/hr |
| 9/26/2003 | JOS | 0.20<br>175.00/hr |
| 10/2/2003 | JOS | 0.10<br>175.00/hr |
| 10/6/2003 | JOS | 0.30<br>175.00/hr |
| 10/7/2003 | JOS | 0.60<br>175.00/hr |
| 10/8/2003 | JOS | 2.00<br>175.00/hr |
| 10/14/2003 | JOS | 0.60<br>175.00/hr |
| 10/15/2003 | JOS | 0.20<br>175.00/hr |
| 10/16/2003 | JOS | 0.80<br>175.00/hr |
| 10/17/2003 | JOS | 7.90<br>175.00/hr |
| 10/18/2003 | JOS | 2.40<br>175.00/hr |
| 10/20/2003 | JOS | 9.30<br>175.00/hr |
| 10/21/2003 | JOS | 9.70<br>175.00/hr |
| 10/1/2003 | EHT | 5.30<br>125.00/hr |

Chubb Group of Insurance Companies                                                                         Page     9

|            |     | Hrs/Rate   |           |
|------------|-----|------------|-----------|
| 10/1/2003  | EHT | 2.10       |           |
|            |     | 125.00/hr  |           |
| 10/3/2003  | EHT | 9.30       |           |
|            |     | 125.00/hr  |           |
| 10/6/2003  | EHT | 6.70       |           |
|            |     | 125.00/hr  |           |
| 10/7/2003  | EHT | 8.30       |           |
|            |     | 125.00/hr  |           |
| 10/8/2003  | EHT | 7.80       |           |
|            |     | 125.00/hr  |           |
| 10/9/2003  | EHT | 8.20       |           |
|            |     | 125.00/hr  |           |
| 10/10/2003 | EHT | 5.90       |           |
|            |     | 125.00/hr  |           |
| 10/16/2003 | EHT | 7.80       |           |
|            |     | 125.00/hr  |           |
| 10/17/2003 | EHT | 9.50       |           |
|            |     | 125.00/hr  |           |
| 10/20/2003 | EHT | 4.90       |           |
|            |     | 125.00/hr  |           |
|            |     |            | Amount    |
| For professional services rendered |     | 257.80 | $37,421.50 |

# SMITH & SMITH
ATTORNEYS

300 SOUTH FIRST TRUST CENTRE
200 SOUTH FIFTH STREET
LOUISVILLE, KY  40202
EIN# 61-0407791

December 30, 2004

Chubb Group of Insurance Companies
Papa John's International, Inc.
Caroline Miller Oyler Esq., Senior
Counsel, People Dept
P.O. Box 99900
Louisville KY 40269-0900

**Papa Johns/Bailey**
**Policy # 8134-54-12**

Professional Services

| Date | | Hrs/Rate |
|---|---|---|
| 10/22/2003 | JOS | 8.40 175.00/hr |
| 10/23/2003 | JOS | 0.40 175.00/hr |
| 10/29/2003 | JOS | 0.80 175.00/hr |
| 10/30/2003 | JOS | 0.40 175.00/hr |
| 10/31/2003 | JOS | 0.20 175.00/hr |
| 11/3/2003 | JOS | 0.60 175.00/hr |
| 11/4/2003 | JOS | 1.60 175.00/hr |
| 11/5/2003 | JOS | 0.30 175.00/hr |
| 11/6/2003 | JOS | 0.30 175.00/hr |
| 11/18/2003 | JOS | 0.10 175.00/hr |
| 11/19/2003 | JOS | 0.30 175.00/hr |
| 11/20/2003 | JOS | 0.50 175.00/hr |
| 11/21/2003 | JOS | 0.20 175.00/hr |
| 11/26/2003 | JOS | 0.10 175.00/hr |

Chubb Group of Insurance Companies                                                                                  Page     2

|  |  | Hrs/Rate |
|---|---|---|
| 12/1/2003 | JOS | 0.50<br>175.00/hr |
| 12/2/2003 | JOS | 0.20<br>175.00/hr |
| 12/4/2003 | JOS | 0.30<br>175.00/hr |
| 12/8/2003 | JOS | 0.20<br>175.00/hr |
| 12/11/2003 | JOS | 1.10<br>175.00/hr |
| 12/12/2003 | JOS | 0.10<br>175.00/hr |
| 12/15/2003 | JOS | 0.20<br>175.00/hr |
| 12/22/2003 | JOS | 0.10<br>175.00/hr |
| 12/23/2003 | JOS | 0.30<br>175.00/hr |
| 12/22/2003 | PAS | 1.90<br>135.00/hr |
| 12/4/2003 | PAS | 3.60<br>135.00/hr |
| 12/30/2003 | EHT | 3.60<br>125.00/hr |
| 1/7/2004 | JOS | 0.20<br>175.00/hr |
| 1/9/2004 | JOS | 0.20<br>175.00/hr |
| 1/12/2004 | JOS | 1.00<br>175.00/hr |
| 1/13/2004 | JOS | 0.40<br>175.00/hr |
| 1/15/2004 | JOS | 0.70<br>175.00/hr |
| 1/2/2004 | EHT | 3.80<br>125.00/hr |
| 1/5/2004 | EHT | 4.60<br>125.00/hr |
| 1/6/2004 | EHT | 4.30<br>125.00/hr |
| 1/7/2004 | EHT | 3.30<br>125.00/hr |
| 1/8/2004 | EHT | 4.10<br>125.00/hr |
| 1/9/2004 | EHT | 1.70<br>125.00/hr |
| 1/12/2004 | EHT | 2.10<br>125.00/hr |
| 1/13/2004 | EHT | 3.30<br>125.00/hr |

/ /

Chubb Group of Insurance Companies                                               Page      3

|  |  | Hrs/Rate |
|---|---|---:|
| 1/14/2004 | EHT | 3.80<br>125.00/hr |
| 1/15/2004 | EHT | 2.80<br>125.00/hr |
| 1/16/2004 | EHT | 4.20<br>125.00/hr |
| 1/17/2004 | EHT | 4.20<br>125.00/hr |
| 1/18/2004 | EHT | 6.90<br>125.00/hr |
| 1/19/2004 | EHT | 6.30<br>125.00/hr |
| 1/20/2004 | EHT | 6.10<br>125.00/hr |
| 1/12/2004 | PAS | 5.40<br>135.00/hr |
| 1/19/2004 | JOS | 2.40<br>175.00/hr |
| 1/20/2004 | JOS | 1.20<br>175.00/hr |
| 1/21/2004 | JOS | 0.40<br>175.00/hr |
| 1/22/2004 | JOS | 2.90<br>175.00/hr |
| 1/23/2004 | JOS | 1.30<br>175.00/hr |
| 1/26/2004 | JOS | 1.50<br>175.00/hr |
| 1/27/2004 | JOS | 0.10<br>175.00/hr |
| 1/28/2004 | JOS | 0.40<br>175.00/hr |
| 1/29/2004 | JOS | 0.20<br>175.00/hr |
| 1/30/2004 | JOS | 1.90<br>175.00/hr |
| 1/21/2004 | EHT | 5.30<br>125.00/hr |
| 1/23/2004 | EHT | 5.30<br>125.00/hr |
| 1/26/2004 | EHT | 2.90<br>125.00/hr |
| 1/28/2004 | EHT | 6.30<br>125.00/hr |
| 1/30/2004 | EHT | 3.60<br>125.00/hr |
| 2/2/2004 | JOS | 4.10<br>175.00/hr |
| 2/3/2004 | JOS | 3.00<br>175.00/hr |

12

Chubb Group of Insurance Companies                                                                                          Page      4

|            |     | Hrs/Rate |
|------------|-----|----------|
| 2/4/2004   | JOS | 1.00     |
|            |     | 175.00/hr |
| 2/5/2004   | JOS | 0.10     |
|            |     | 175.00/hr |
| 2/9/2004   | JOS | 0.10     |
|            |     | 175.00/hr |
| 2/4/2004   | EHT | 0.10     |
|            |     | 125.00/hr |
| 2/19/2004  | EHT | 0.50     |
|            |     | 125.00/hr |
| 2/2/2004   | EHT | 9.40     |
|            |     | 125.00/hr |
| 2/17/2004  | JOS | 0.70     |
|            |     | 175.00/hr |
| 2/18/2004  | JOS | 0.80     |
|            |     | 175.00/hr |
| 2/19/2004  | JOS | 4.10     |
|            |     | 175.00/hr |
| 2/20/2004  | JOS | 0.50     |
|            |     | 175.00/hr |
| 2/23/2004  | JOS | 0.30     |
|            |     | 175.00/hr |
| 2/24/2004  | JOS | 1.90     |
|            |     | 175.00/hr |
| 2/27/2004  | JOS | 0.50     |
|            |     | 175.00/hr |
| 2/24/2004  | WKS | 0.30     |
|            |     | 175.00/hr |
| 3/2/2004   | JOS | 0.50     |
|            |     | 175.00/hr |
| 3/5/2004   | EHT | 0.50     |
|            |     | 125.00/hr |
| 3/11/2004  | EHT | 4.00     |
|            |     | 125.00/hr |
| 3/3/2004   | JOS | 1.80     |
|            |     | 175.00/hr |
| 3/4/2004   | JOS | 1.20     |
|            |     | 175.00/hr |
| 3/5/2004   | JOS | 3.10     |
|            |     | 175.00/hr |
| 3/8/2004   | JOS | 1.70     |
|            |     | 175.00/hr |
| 3/9/2004   | JOS | 5.30     |
|            |     | 175.00/hr |
| 3/10/2004  | JOS | 3.40     |
|            |     | 175.00/hr |
| 3/11/2004  | JOS | 9.40     |
|            |     | 175.00/hr |
| 3/15/2004  | JOS | 0.20     |
|            |     | 175.00/hr |

Chubb Group of Insurance Companies                                                                 Page    5

| Date | | Hrs/Rate |
|---|---|---|
| 3/15/2004 | JOS | 0.50<br>175.00/hr |
| 3/16/2004 | JOS | 0.10<br>175.00/hr |
| 3/18/2004 | JOS | 0.60<br>175.00/hr |
| 3/19/2004 | JOS | 0.30<br>175.00/hr |
| 3/22/2004 | JOS | 2.20<br>175.00/hr |
| 3/23/2004 | JOS | 3.20<br>175.00/hr |
| 3/24/2004 | JOS | 0.30<br>175.00/hr |
| 3/8/2004 | PAS | 2.80<br>135.00/hr |
| 3/9/2004 | PAS | 2.80<br>135.00/hr |
| 3/11/2004 | PAS | 4.40<br>135.00/hr |
| 4/8/2004 | JOS | 0.10<br>175.00/hr |
| 4/12/2004 | JOS | 0.20<br>175.00/hr |
| 4/14/2004 | JOS | 0.40<br>175.00/hr |
| 4/15/2004 | JOS | 0.20<br>175.00/hr |
| 4/21/2004 | JOS | 0.30<br>175.00/hr |
| 5/3/2004 | JOS | 0.20<br>175.00/hr |
| 5/10/2004 | JOS | 0.20<br>175.00/hr |
| 5/19/2004 | JOS | 0.60<br>175.00/hr |
| 6/10/2004 | JOS | 0.30<br>175.00/hr |
| 6/16/2004 | JOS | 0.40<br>175.00/hr |
| 6/17/2004 | JOS | 1.40<br>175.00/hr |
| 6/18/2004 | JOS | 0.70<br>175.00/hr |
| 6/21/2004 | JOS | 3.60<br>175.00/hr |
| 6/22/2004 | JOS | 2.90<br>175.00/hr |
| 6/16/2004 | EHT | 0.50<br>125.00/hr |

Chubb Group of Insurance Companies                                                      Page    6

|  |  | Hrs/Rate |
|---|---|---|
| 6/17/2004 | EHT | 4.00 125.00/hr |
| 6/18/2004 | EHT | 2.50 125.00/hr |
| 6/21/2004 | EHT | 4.10 125.00/hr |
| 6/22/2004 | EHT | 3.30 125.00/hr |
|  | WKS | 0.30 175.00/hr |
| 7/20/2004 | EHT | 4.20 125.00/hr |
| 7/21/2004 | EHT | 0.50 125.00/hr |
| 7/15/2004 | JOS | 0.40 175.00/hr |
| 7/19/2004 | JOS | 0.70 175.00/hr |
| 7/20/2004 | JOS | 0.80 175.00/hr |
| 7/21/2004 | JOS | 0.40 175.00/hr |
| 7/22/2004 | JOS | 0.40 175.00/hr |
| 7/23/2004 | JOS | 0.10 175.00/hr |
| 7/26/2004 | JOS | 0.20 175.00/hr |
| 7/30/2004 | JOS | 0.20 175.00/hr |
| 8/2/2004 | JOS | 0.20 175.00/hr |
| 8/6/2004 | JOS | 0.10 175.00/hr |
| 8/15/2004 | JOS | 0.50 175.00/hr |
| 8/16/2004 | JOS | 0.10 175.00/hr |
| 9/28/2004 | ESN | 2.80 125.00/hr |
| 9/29/2004 | ESN | 3.90 125.00/hr |
| 9/30/2004 | ESN | 2.70 125.00/hr |
| 9/20/2004 | JOS | 0.10 175.00/hr |
| 9/22/2004 | JOS | 0.60 175.00/hr |
| 9/27/2004 | JOS | 1.10 175.00/hr |

Chubb Group of Insurance Companies                                                                               Page     7

|             |                     | Hrs/Rate |
|-------------|---------------------|----------|
| 9/28/2004   | JOS                 | 3.10     |
|             |                     | 175.00/hr |
| 9/29/2004   | JOS                 | 0.70     |
|             |                     | 175.00/hr |
| 9/30/2004   | JOS                 | 0.60     |
|             |                     | 175.00/hr |
| 10/1/2004   | JOS                 | 0.40     |
|             |                     | 175.00/hr |
| 10/5/2004   | JOS                 | 1.90     |
|             |                     | 175.00/hr |
| 10/7/2004   | JOS                 | 0.20     |
|             |                     | 175.00/hr |
| 10/8/2004   | JOS                 | 2.10     |
|             |                     | 175.00/hr |
| 10/11/2004  | JOS                 | 1.20     |
|             |                     | 175.00/hr |
| 10/12/2004  | JOS                 | 0.30     |
|             |                     | 175.00/hr |
| 10/13/2004  | JOS                 | 0.80     |
|             |                     | 175.00/hr |
| 10/15/2004  | JOS                 | 0.20     |
|             |                     | 175.00/hr |
| 10/18/2004  | JOS                 | 0.50     |
|             |                     | 175.00/hr |
| 10/19/2004  | JOS                 | 1.10     |
|             |                     | 175.00/hr |
| 10/20/2004  | JOS                 | 2.40     |
|             |                     | 175.00/hr |
| 10/1/2004   | ESN                 | 0.40     |
|             |                     | 125.00/hr |
| 10/6/2004   | ESN                 | 0.30     |
|             |                     | 125.00/hr |
| 10/8/2004   | ESN                 | 2.90     |
|             |                     | 125.00/hr |
| 10/11/2004  | ESN                 | 3.60     |
|             |                     | 125.00/hr |
| 10/12/2004  | ESN                 | 2.80     |
|             |                     | 125.00/hr |
| 10/13/2004  | ESN                 | 4.40     |
|             |                     | 125.00/hr |
| 10/15/2004  | ESN                 | 2.40     |
|             |                     | 125.00/hr |
| 10/17/2004  | ESN                 | 3.30     |
|             |                     | 125.00/hr |
| 10/20/2004  | ESN                 | 6.10     |
|             |                     | 125.00/hr |
| 10/21/2004  | ESN                 | 6.90     |
|             |                     | 125.00/hr |
| 10/22/2004  | ESN                 | 7.80     |
|             |                     | 125.00/hr |

16

Chubb Group of Insurance Companies                                                                                                          Page     8

|              |     |  | Hrs/Rate |        |
|--------------|-----|--|----------|--------|
| 10/19/2004 ESN |   |  | 5.20<br>125.00/hr |  |
| 10/18/2004 ESN |   |  | 3.60<br>125.00/hr |  |
| 10/21/2004 JOS |   |  | 4.10<br>175.00/hr |  |
| 10/22/2004 JOS |   |  | 3.40<br>175.00/hr |  |
| 10/25/2004 JOS |   |  | 0.20<br>175.00/hr |  |
| 10/27/2004 JOS |   |  | 0.20<br>175.00/hr |  |
| 11/1/2004 JOS  |   |  | 0.20<br>175.00/hr |  |
| 11/15/2004 JOS |   |  | 1.00<br>175.00/hr |  |
| 11/16/2004 JOS |   |  | 0.80<br>175.00/hr |  |
| 11/19/2004 JOS |   |  | 0.20<br>175.00/hr |  |
| 12/14/2004 JOS |   |  | 0.60<br>175.00/hr |  |
| 12/16/2004 JOS |   |  | 0.30<br>175.00/hr |  |
| 12/17/2004 JOS |   |  | 0.10<br>175.00/hr |  |
| 12/27/2004 JOS |   |  | 0.40<br>175.00/hr |  |
| 12/29/2004 JOS |   |  | 1.90<br>175.00/hr |  |
|            ESN |   |  | 9.90<br>125.00/hr |  |
|              |     |  | _____ | Amount |
| For professional services rendered |  |  | 341.80 | $49,424.00 |